**No. 41800.**—Protest 908915–G of Q. W. Lung & Co. (Boston).

Opinion by BROWN, J. The appraiser reported that the merchandise consists of canned fish in lard. On the record presented it was held dutiable at 25 percent under paragraph 718 (b) as claimed.

**No. 41801.**—Protest 974199–G of Chong Kee Trading Co. (Boston).

Opinion by BROWN, J. In accordance with the amended report of the appraiser fish packed in lard was held dutiable under paragraph 718 (b) as claimed.

BEFORE THE THIRD DIVISION, JULY 6, 1939

**No. 41802.**—Protests 783684–G, etc., of Columbo Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 it was held that the paraffin coating and twine on the outside of the cheese in question should not have been included in the dutiable weight.

**No. 41803.**—Protests 790184–G (A), etc., of Cacciola Bros. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 it was held that the paraffin coating and twine on the outside of the cheese in question should not have been included in the dutiable weight.

**No. 41804.**—Protests 814135-G, etc., of Antolini & Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 it was held that the paraffin coating and twine on the outside of the cheese in question should not have been included in the dutiable weight.